FILE COPY



# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00116-CV

LARRY K. ANDERS, Appellant

V.

LESLIE OATES, DENISE OATES AND OATES ENTERPRISES, LLC,
Appellees

AND

No. 02-19-00188-CV

LARRY K. ANDERS, Appellant

V.

STETSON OATES, Appellee

On Appeal from the 271st District Court
Wise County, Texas
Trial Court No. CV-17-09-787

## CORRECTED ORDER

We have considered appellant Larry K. Anders's "Unopposed Motion to Consolidate Appeals," which he filed in appeal number 02-19-00116-CV, and we **GRANT** the motion. Appeal number 02-19-00116-CV is consolidated with appeal number 02-19-00188-CV. Each appeal will continue to bear its respective cause number as shown in the style of this order. Stetson Oates's appellee's brief in 02-19-0188-CV remains due no later than **Monday, July 15, 2019**. The parties will be notified when a submission date is set for both cases. *See* Tex. R. App. P. 38.6(a)–(b).

We direct the clerk of this court to send a copy of this order to the attorneys of record and to the trial-court clerk.

Dated July 2, 2019.

Per Curiam